# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KARII LAVAR IVORY ,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent.

No. 4D19-3521

[May 14, 2020]

Petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Robert E. Belanger, Judge; L.T. Case No. 432008CF001348.

Karii Lavar Ivory, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for respondent.

PER CURIAM.

*Affirmed.*

GROSS, MAY, CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***